UNITED STATES DISTRICT COURT SCAN INDEX SHEET

sh

3:96-cr-00448 USA v. Sosa

cr

3

96448

~~20~~ |

USA

Sosa

~~crmo:~~ CRCMP

~~2/29/96~~  9/5/95

H - Presiding Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

95 2773 M

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No._____ |
|---|---|---|
| Plaintiff, | ) | Case No._____ |
| Vs. | ) | COMPLAINT FOR VIOLATION OF: |
| Javier SOSA | ) | Title 8, U.S.C., Section 1326- |
| A28 533 881 | ) | Deported Alien Found in the United |
| 9509-0023 | ) | States (Felony); |

The undersigned complaint, being duly sworn, states;

Count One

That on or about **December 30, 1993,** defendant **Javier SOSA,** an alien, was arrested and deported from the United States to Mexico through the port of **Calexico, California,** in pursuance of law, and thereafter, on or about **September 1, 1995**, defendant was found in San Diego County, within the Southern District of California, the Attorney General of the United States not theretofore having consented to a reapplication by the defendant for admission into the United States, in violation of Title 8 U.S.C., Sec. 1326.

And the complainant states that this complaint is based on statements of apprehending officer(s) that the defendant was found near **San Ysidro, California** on **September 1, 1995** and upon inquiry was unable to establish U.S. citizenship and admitted to apprehending officers that (s)he was a citizen of Mexico and had no right to be in or to enter the United States. Furthermore, it was determined through records checks that the defendant had been deported from the United States to **Mexico** through the port of entry at **Calexico, California** on **December 30, 1993**, and subsequently re-entered the United States without the Attorney General of the United States having consented to reapplication by the defendant for admission into the United States.

SWORN AND SUBSCRIBED TO before me

this __2nd__ day of __September__, 1995.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Complainant

Senior Patrol Agent
Official Title

FILED
SEP - 5 1995
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  h.FU
DEPUTY

1

```
                                                        952773
                         MAGISTRATE INFORMATION SHEET
1. Dis. Auth _____    1A. USAO#_____ Ct.#_____ Agency # 9509-0023  2. HG.Date September 5, 1995
3. AUSA_____     4. MAG._____  5.MatWit.:Cust:(No)Arraign M/W Release M/W Other_____
Def. #  1  of  1   6. Def.Name: Javier SOSA _____   Soc.Sec#:_____
                   Alias: _____        Birth Date: November 9, 1964
                   Address: Hermosillo, Sonora, Mecico
7. Flip? Yes (No) Charges 8 USC 1326(F) _____  8. Arrest Date: September 1, 1995
Penalties_____    Place of Arrest: Nr. San Ysidro, CA.
Agents: Huskey _____ Date Committed: September 1, 1995 Agency: USBP Phone: (619)662-7246
Program Category:_____ 9. Custody? (Yes) No 10. Citizenship? U.S. (Mex.)Other_____
11. INS Status RES BCC (ILLEGAL) Other_____
Prior Deports: Three, the last on December 30, 1993, through Calexico, CA.
Prior VR'S: None Found  Prior Record : 2-7-87, poss cntrl sub, FEL, 366D jail\\8-3-88, CT 1;
poss heroin, misd, 3M jail, CT 2; poss heroin, misd, 20D jail\\8-13-88, poss cntrl sub, FEL,
18M prsn\\1-25-89, violate uniformed cntrl sub act, FEL, 3 to 18M cnfinemnt\\12-6-90, poss
cntrl sub, FEL, 30D jail & 18 M prob\\1-3-91, poss cntrl sub for sale, FEL, 60D jail & 2Y
prob\\7-19-91, dlvry of cntrl sub, FEL, 6M jail
Drug Usage:  Yes           How Evidenced? Rap sheet.
Cash on Def.:$ None   Other Evidence:_____
Agents Fact Summery:    Case Agent: F.J. Jeschke           A# 28 533 881
```

Defendant, after advisement of Miranda, admits to being a citizen and national of **Mexico**, having entered the United States illegally near San Ysidro, California on or about September 1, 1995.

The defendant was encountered by the arresting agent about 200 yards north of the International Border and 3 miles west of the Port of Entry at San Ysidro, California. This is a rural, undeveloped area of the Tijuana River Bottom used almost exclusively by illegal entrant aliens after they surreptitiously enter the United States. The agent contacted the defendant and conducted a field interview. He was determined to be an alien illegally in The United States. He was taken into custody and transported to the Imperial Beach Station for processing.

During processing the defendant's fingerprints were routinely entered into the IDENT computer which, through fingerprint comparison, identified the defendant as a criminal alien. Subsequent examination of computerized data bases disclosed that the defendant has a long history of criminal activity and immigration violations with the above noted convictions and deportations.

Agents Bail Info. (Employment, Family, Etc.) The defendant has no known family ties or employment opportunities in The United States. He is a convicted drug dealer and a career criminal. He is likely to abscond.

```
Vehicle Seized (Describe): None
12. Def.Atty: Apptd.  Rtd.  To Retain    13. Def. Atty. Name:_____
14. Plea: Guilty Court_____NG Nolo    15. RCD? Yes/No    16. Sent._____
                                            16A. S.A. $_____ 17. Dism? Ct. Govt.
18. Next Court for _____19. Date_____20. Time_____and for_____on_____at_____
21. Bond Set_____
22. Pers. Info:_____
23. Sentencing Guidelines:_____
24. Adjusted Offense Level
    Acceptance of Responsibility         _____
    Criminal History Total               _____
    Guideline Range from Sentencing Table _____ - _____ Months

Gov't. Sent.       Recommendation:_____
Defendant's Sent.  Recommendation:_____
Probation Dept.    Recommendation:_____
```